Douglas H. Ginsburg
    Circuit Judge

Telephone (202) 216-7190 ▮▮▮▮▮▮▮▮

September 26, 2008

The Honorable Ortrie D. Smith
Chair, Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

     Re:    Financial Disclosure Report for Calendar Year 2007

Dear Judge Smith:

     In response to your letter of September 19, 2008, the following information is submitted as an amendment to my report dated August 13, 2008:

     Part VII, page 7, line 39 listing WYE: A notation of (X) should be used because this asset became reportable through an exempt transaction.

     "Fidelity Muni MMF" listed in Part VII, page 5, line 7 of the report for 2006 was not listed in the report for 2007 due to a reduction in income and value and therefore should be listed in Column A of Part VII and designated with (Y).

     Thank you for your efforts on behalf of the Committee.



# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Ginsburg, Douglas H | 2. Court or Organization<br><br>D.C. Circuit | 3. Date of Report<br><br>08/13/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>333 Constitution Avenue, NW<br>Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Lecturer of Law | University of Chicago Law School |
| 2. Visiting Professor of Law | George Mason University School of Law |
| 3. Visiting Scholar | New York Law School |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2008 AUG 13 P 4: 52
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | George Mason University | $ 7,780 |
| 2. 2007 | University of Chicago | $ 17,000 |
| 3. 2007 | New York Law School (See VIII for additional information) | $ 8,000 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Mount Pelerin Society and Atlas Foundation | 02/25-28/07 | Kenya | Conference | Travel related expenses |
| 2. | George Mason University | 01/01-12/31/07 | Arlington, VA | Academic Support | Books, miscellaneous expenses |
| 3. | New York Law School | 01/01-12/31/07 | New York, NY | Teaching | Travel related expenses |
| 4. | NY Intellectual Property Law Association | 3/23-26/07 | New York, NY | Annual Dinner | Travel related expenses |
| 5. | University of Virginia School of Law | 3/30-31/07 | Charlottesville, VA | Moot Court | Travel related expenses |
| 6. | Case Western University School of Law | 04/04-05/07 | Cleveland, OH | Faculty Workshop | Travel related expenses |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ginsburg, Douglas H | 08/13/2008 |

| 7. | Cornell Law School | 4/13-15/07 | Ithaca, NY | Moot Court | Travel related expenses |
|---|---|---|---|---|---|
| 8. | University of Chicago School of Law | 1/01-12/31/07 | Chicago, IL | Teaching | Travel related expenses |
| 9. | Foundation for Research on Economics and the Environment | 07/22-25/07 | Bozeman, MT | Conference | Travel related expenses |
| 10. | American Bar Association | 08/14-18/07 | Whistler, BC, Canada | Meetng | Travel related expenses |
| 11. | LECG. LLC | 10/26-28/07 | Lake Como, Italy | Speech | Travel related expenses |
| 12. | University College, London | 11/01-02/07 | London, England | Faculty Workshop | Travel related expenses |
| 13. | Lisbon Conference on Competition Law and Economics | 11/15-16/07 | Lisbon, Portugal | Speech | Travel related expenses |
| 14. | Federalist Society | 12/02-04/07 | New York, NY | Speech | Travel related expenses |
| 15. | Federalist Society, Lawyers Chapter | 12/26/07 | St. Louis, MO | Speech | Travel related expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H | 08/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Waiver of monthly dues | University Club of Washington | $ 2,040 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | TIAA/CREF retirement account | | None | P1 | T | | | | | |
| 2. | ALLP com | | None | J | T | SELL part. | 12/26 | J | A | |
| 3. | SEP IRA acct (owns additional ALLP com) | | None | J | T | | | | | |
| 4. | Creditriskmonitor.com (CRMZ.com) | | None | | | SELL | 12/26 | J | A | |
| 5. | Graham Field Health Prods.com (GFIHQ com) | | None | | | SELL | 12/26 | J | A | |
| 6. | TBMH com | | None | | | SELL | 12/26 | J | A | |
| 7. | WDMG com | | None | J | T | BUY | 1/9 | J | | |
| 8. | WDMG.com | | None | K | T | BUY | 5/22 | J | | |
| 9. | WBRXX (X) | A | Dividend | J | T | | | | | |
| 10. | CVX (X) | B | Dividend | L | T | | | | | |
| 11. | CYBS (X) | | None | K | T | | | | | |
| 12. | DKS (X) | | None | M | T | | | | | |
| 13. | ECL (X) | A | Dividend | L | T | | | | | |
| 14. | EPD (X) | D | Dividend | K | T | SELL part. | 12/03 | J | B | |
| 15. | FAST (X) | C | Dividend | M | T | | | | | |
| 16. | HWAY (X) | | None | L | T | | | | | |
| 17. | ICAD (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IDXX (X) | | None | L | T | | | | | |
| 19. IRM (X) | | None | L | T | | | | | |
| 20. IBB (X) | | None | J | T | | | | | |
| 21. TYPE (X) | | None | K | T | BUY | 10/05 | K | | |
| 22. NTRS (X) | B | Dividend | L | T | | | | | |
| 23. PAYX (X) | B | Dividend | L | T | SELL part. | 9/27 | L | E | |
| 24. PEP (X) | A | Dividend | K | T | | | | | |
| 25. SLH (X) | | None | K | T | BUY | 10/17 | K | | |
| 26. SBUX (X) | | None | K | T | | | | | |
| 27. SRCL (X) | | None | M | T | | | | | |
| 28. WFMI (X) | A | Dividend | K | T | BUY | 10/26 | J | | |
| 29. BHP(X) | A | Dividend | K | T | | | | | |
| 30. NVS (X) | A | Dividend | J | T | | | | | |
| 31. RBA (X) | A | Dividend | L | T | | | | | |
| 32. TMGX+ (X) | C | Dividend | N | T | | | | | |
| 33. C (X) | D | Dividend | J | T | SELL part. | 12/3 | K | E | |
| 34. XOM (X) | D | Dividend | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   GE (X) | D | Dividend | M | T | | | | | |
| 36.   MHS (X) | | None | K | T | | | | | |
| 37.   MRK (X) | B | Dividend | L | T | | | | | |
| 38.   QSGI (X) | | None | J | T | | | | | |
| 39.   WYE | B | Dividend | K | T | SELL part. | 12/3 | K | E | |
| 40.   RDS A (X) | D | Dividend | M | T | | | | | |
| 41.   PHK (X) | E | Dividend | M | T | | | | | |
| 42.   VA STATE PUB SCH (X) | D | Dividend | M | T | | | | | |
| 43.   AA (X) | A | Dividend | J | T | | | | | |
| 44.   ALLP (X) | | None | J | T | | | | | |
| 45.   MO (X) | C | Dividend | M | T | | | | | |
| 46.   AIG (X) | A | Dividend | J | T | | | | | |
| 47.   AMGN (X) | | None | J | T | | | | | |
| 48.   BAC (X) | A | Dividend | J | T | | | | | |
| 49.   CYBS (X) | | None | K | T | | | | | |
| 50.   GS (X) | A | Dividend | L | T | | | | | |
| 51.   JNJ (X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  JPM (X) | B | Dividend | K | T | | | | | |
| 53.  NYX (X) | A | Dividend | K | T | | | | | |
| 54.  QCOM (X) | A | Dividend | J | T | | | | | |
| 55.  SHLD (X) | | None | K | T | BUY | 11/29 | K | | |
| 56.  SHLD (X) | | None | | | SELL | 12/31 | K | | |
| 57.  WRIGLEY CL B CONV (X) | A | Dividend | J | T | | | | | |
| 58.  ZOLT (X) | | None | J | T | | | | | |
| 59.  NVS (X) | A | Dividend | J | T | | | | | |
| 60.  SKT (X) | A | Dividend | K | T | | | | | |
| 61.  BA (X) | A | Dividend | K | T | | | | | |
| 62.  CSCO (X) | | None | J | T | | | | | |
| 63.  CDE (X) | | None | J | T | | | | | |
| 64.  DVN (X) | A | Dividend | | | SELL | 12/3 | K | E | |
| 65.  INTC (X) | A | Dividend | J | T | | | | | |
| 66.  KMP (X) | B | Dividend | K | T | | | | | |
| 67.  MMP (X) | A | Dividend | | | SELL | 12/3 | J | C | |
| 68.  MSFT (X) | A | Dividend | | | SELL | 12/3 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. EWJ (X) | A | Dividend | J | T | SELL part. | 12/3 | K | | |
| 70. AEE (X) | B | Dividend | L | T | | | | | |
| 71. T (X) | A | Dividend | J | T | BUY | 10/01 | J | | |
| 72. BP (X) | D | Dividend | M | T | | | | | |
| 73. CAT (X) | A | Dividend | K | T | | | | | |
| 74. KO (X) | A | Dividend | K | T | | | | | |
| 75. ESRX (X) | | None | L | T | BUY | 9/24 | K | | |
| 76. ESRX (X | | None | K | T | BUY | 10/1 | K | | |
| 77. | | | | | | | | | |
| 78. IBM (X) | A | Dividend | K | T | | | | | |
| 79. OCFC (X) | B | Dividend | K | T | BUY | 10/29 | J | | |
| 80. PULB (X) | B | Dividend | L | T | | | | | |
| 81. SLB (X) | B | Dividend | M | T | | | | | |
| 82. STEC (X) | | None | K | T | | | | | |
| 83. TRV (X) | A | Dividend | J | T | | | | | |
| 84. USU (X) | | None | K | T | BUY | 10/23 | K | | |
| 85. XEL (X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ZMH (X) | | None | K | T | | | | | |
| 87. ATK (X) | | None | L | T | | | | | |
| 88. APFC (X) | | None | L | T | | | | | |
| 89. BCS (X) | B | Dividend | K | T | | | | | |
| 90. CRNT (X) | | None | K | T | | | | | |
| 91. EFSC (X) | A | Dividend | K | T | | | | | |
| 92. SFI (X) | B | Dividend | K | T | | | | | |
| 93. KIM (X) | A | Dividend | J | T | | | | | |
| 94. LSI (X) | | None | K | T | | | | | |
| 95. MON (X) | A | Dividend | K | T | | | | | |
| 96. NOBH (X) | B | Dividend | L | T | | | | | |
| 97. ONNN (X) | | None | K | T | | | | | |
| 98. PCYO (X) | | None | K | T | | | | | |
| 99. SNY (X) | A | Dividend | K | T | | | | | |
| 100. STEC (X) | | None | K | T | | | | | |
| 101. TNE (X) | | None | K | T | | | | | |
| 102. TMCO (X) | | None | M | T | | | | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. TACT (X) | | None | J | T | BUY | 11/08 | J | | |
| 104. TACT (X) | | None | | | SELL | 12/26 | J | | |
| 105. HPQ (X) | A | Dividend | K | T | | | | | |
| 106. UNH (X) | A | Dividend | J | T | | | | | |
| 107. BKD (X) | A | Dividend | | | SELL | 10/26 | J | | |
| 108. BKD (X) | A | Dividend | | | SELL | 11/19 | J | | |
| 109. WB (X) | A | Dividend | | | SELL | 12/3 | K | E | |
| 110. EWZ (X) | | None | | | SELL | 12/3 | K | C | |
| 111. EWQ (X) | A | Dividend | | | SELL | 12/3 | K | A | |
| 112. LYO (X) | A | Dividend | | | SELL | 12/3 | K | D | |
| 113. LYO (X) | A | Dividend | | | SELL | 12/20 | J | B | |
| 114. LYO (X) | A | Dividend | | | SELL | 12/20 | J | B | |
| 115. LYO (X) | A | Dividend | | | SELL | 12/20 | J | B | |
| 116. PFE (X) | A | Dividend | | | SELL | 12/3 | K | | |
| 117. CHCR (X) | | None | | | SELL | 12/26 | J | | |
| 118. TGC (X) | | None | | | SELL | 12/26 | J | | |
| 119. Stephens Family Holdings, L.C. (X) | C | Int./Div. | K | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Stephens Family Partnership, L.P. (X) | F | Dividend | O | W | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part III-A. Non-Investment Income
Re: Recipients of Payments Made to Charitable Organizations in Lieu of Honoraria in 2007

| Recipient | Donor | Date | Amount |
| --- | --- | --- | --- |
| Southern Appalachian Mountain Stewards, Inc. | NYLS | 4/2/07 | $1,000 |
| Cornell University - Cornell Annual Fund | NYLS | 4/1/07 | 500 |
| Foundation for Research in Economics and the Environment | NYLS | 4/2/07 | 1,000 |
| Metropolitan Museum of Art | NYLS | 4/2/07 | 120 |
| Lombardi Cancer Center | NYLS | 8/9/07 | 100 |
| Washington Opera Company | NYLS | 8/9/07 | 250 |
| Youth Leadership Foundation | NYLS | 8/9/07 | 250 |
| Rappahannock County Conservation Alliance | NYLS | 8/9/07 | 250 |
| Orthodox Christian Mission Center | NYLS | 8/9/07 | 250 |
| The Jesuits | NYLS | 8/9/07 | 500 |
| Tribe of Heart | NYLS | 8/9/07 | 280 |
| Atlas Economic Research Foundation | NYLS | 8/9/07 | 250 |
| Washington Volunteer Fire and Rescue, Inc. | NYLS | 8/9/07 | 250 |
| The Chateauville Foundation | NYLS | 10/31/07 | 1,000 |
| SouthWings, Inc. | NYLS | 10/31/07 | 200 |
| Hunt Staff Benefit Foundation | NYLS | 10/31/07 | 300 |
| St. Martin de Porres School | NYLS | 10/31/07 | 500 |
| French-American Cultural Foundation | NYLS | 11/26/07 | 1,000 |
| TOTAL | | | $8,000 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 13 of 13 | Ginsburg, Douglas H | 08/13/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544